DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SFR SERVICES, LLC** a/a/o Alex De Paiva and **VIVIANE DE PAIVA,**
Appellants,

v.

**FLORIDA PENINSULA INSURANCE COMPANY,**
Appellee.

No. 4D21-1848

[May 5, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jaimie R. Goodman, Judge; L.T. Case No. 50-2019-CA-014527-XXXX-MB.

Melissa A. Giasi and Erin M. Berger of Giasi Law, P.A., Tampa, for appellants.

Michael F. Barzyk and Ian P. Singer of Segal McCambridge Singer & Mahoney, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and KLINGENSMITH, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***